# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IAN SANTORELLA § | |
| § | |
| v. § | Civil Action No. 4:17-CV-486 |
| § | (Judge Mazzant/Judge Nowak) |
| TEACHERS INSURANCE ANNUITY § | |
| ASSOCIATION, JASON STRONG, JANET § | |
| SMITHERS, ERIC PORSCH, WILLIAM § | |
| WOLAITIS § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 28, 2017, the report of the Magistrate Judge (Dkt. #7) was entered containing proposed findings of fact and recommendations that Plaintiff's Complaint (Dkt. #1) be **DISMISSED WITHOUT PREJUDICE**.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

SIGNED this 28th day of September, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE